CONNECTICUT GENERAL LIFE INSURANCE
COMPANY v. VAL D'OR, INC.

July 11, 1985.

Petition for certification denied.

NU BETA ALUMNI ASSOCIATION OF PHI GAMMA DELTA v.
THE CITY OF NEW BRUNSWICK.

July 11, 1985.

Petition for certification denied.

CONSOLIDATED RAIL CORPORATION v. LIBERTY MUTUAL
INSURANCE COMPANY.

July 11, 1985.

Petition for certification denied.

CARAVELLE DISTRIBUTORS, INC. v. SOUTHERN
UNIFORM RENTAL COMPANY.

July 11, 1985.

Petition for certification denied.